**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Peace United LTD,

Plaintiff,

v.

1906 Collins LLC,

Defendant.

CIVIL ACTION No. ____________

______________________________________________/

**COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND DEMAND FOR JURY TRIAL**

Plaintiff, Peace United LTD, brings this complaint for trademark infringement and unfair competition, and alleges as follows:

**THE PARTIES**

1. Plaintiff, Peace United, is a United Kingdom Limited Company with a place at business at 26, Fouberts Place, 1st Floor, London W1F 7PP, UNITED KINGDOM.

2. On information and belief, Defendant, 1906 Collins LLC (hereinafter referred to as "Defendant") is a Foreign Limited Liability Company registered in Florida with a place of business at 1908 Collins Avenue, Miami Beach, Florida (referred to hereinafter as "1906 Collins").

**JURISDICTION AND VENUE**

3. This is an action for trademark infringement and unfair competition pursuant to 15 U.S.C. §§ 1114 and 1125(a), and unfair competition and breach of contract under Florida law. This Court has jurisdiction over Peace United's claims pursuant to 15 U.S.C. § 1051 et seq. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(2),1391(b)(3), and (c)(3) and 28

U.S.C. §§ 1331, 1332, and 1338. This court also has supplemental jurisdiction over the state law claims under 28 U.S.C. §1367(a) because they are so closely related to the federal claims that they form a single case or controversy.

4. Defendant conducts business in the State of Florida.

5. Defendant renders and promotes its services (including services that infringe the Plaintiff's trademarks) in Florida, including into this judicial district.

6. Defendant realizes pecuniary gain by its sales of services (including those that infringe the Plaintiff's trademarks) into this judicial district.

## PEACE UNITED'S TRADEMARKS

7. Peace United is the successor-in-interest to Bâoli, a French SARL (Peace United and Bâoli are referred to jointly hereinafter as "Peace United"). Since at least as early as 1999, Peace United has used the marks "BÂOLI" and "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" (hereinafter referred to as "The Marks") in connection with an entertainment concept encompassing a combination restaurant, night club, discotheque and beach access as well as catering and organization of entertainment including theme-based events and parties. Photographs of venues operated by Peace United under The Marks and promotional activities undertaken by Peace United under The Marks are annexed hereto as Exhibit A. Peace United operates a chain of venues offering such services under the mark in France and Monaco.

8. On September 26, 2007, Peace United filed with the Office for Harmonization of the International Markets (OHIM) an application to register the mark "BÂOLI and Design" for use in connection with precious metals and their alloys, articles made of precious metals or semi-precious metals, namely, jewelry, articles plated in precious or semi-precious metals, namely, works of art, jewellery cases, boxes and timepieces, jewellery including fashion jewellery, and in

particular chains, necklaces, medallions, pendants, medals, bracelets, earrings, charms and rings, precious stones, precious metal key rings or semi-precious metals; cuff-links, ornamental pins, tie-pins; Leather and imitation leather, handbags, beach bags, traveling cases, attaché cases, school bags, card wallets, umbrellas, walking sticks, parasols, luggage, valises, trunks, suitcases, travelling bags, sports bags, rucksacks, garment bags for travel, whips, harnesses and saddlery; Clothing suits, trousers, dresses, skirts, jackets, coats, tee-shirts, shorts, pullovers, shirts, sweat-shirts, sports clothing, namely, uniforms, jerseys, shawls, sashes for wear, ties, scarves, bathing suits, lingerie, underwear, pyjamas, tights, socks, gloves and headwear, footwear; beers, mineral and aerated waters and other non-alcoholic beverages, namely, fruit beverages, isotonic beverages, soda, lemonade, fruit drinks and fruit juices, syrups and other preparations for making beverages; alcoholic beverages except beers, cocktails made out of alcohol, namely, prepared alcoholic cocktails; wine; entertainment in the nature of music, fashion, film, namely, production of music concerts, fashion parades and shows, film festivals; leisure services; namely, providing facilities for sports practice, athletic tournaments and beach recreation activities; organization of shows and parties, namely, special event and party planning; discotheque services, arranging and conducting of concerts, performance artist services, namely, entertainment in the nature of ballet and dance performances; providing amusement arcade services, organizing community sporting and cultural events, film production, television show production; and providing food and drink, bar services, catering services, hiring of rooms, namely, rental of rooms; hotel services, accommodation services, namely, providing temporary accommodation; online information with respect to such services from a computer database or from the Internet, namely, providing personalized information about hotels, temporary accommodations for travel and restaurants via the Internet, which application was awarded

International Registration No. 092360 on March 21, 2008. Such registration was extended into the United States as U.S. Application Serial Number 79/056928, which matured to U.S. Registration No. 3661083 on July 28, 2009. A copy of this registration, which remains in full force and effect with respect to the services in International Classes 41 and 43, is annexed hereto as Exhibit B. Peace United is also the owner of United States Trademark Registration No. 4591022 issued August 26, 2014 for "MY BOYFRIEND IS OUT OF TOWN" for use in connection with clothing, particularly coats, blouson jackets, waterproof jackets, rain ponchos, parkas, suits, jackets, overalls, trousers, jeans, shorts, Bermuda shorts, dresses, skirts, petticoats, t-shirts, tanktops, sweaters, pullovers, shirts, waistcoats, sweatshirts, sweatpants, leggings, track jackets, bathing suits, beachwear, underclothing for women, underwear, pyjamas, dressing gowns, bath robes, socks, tights, scarves, sashes for wear, stoles, neckties, bibs of textile, belts, suspenders, headbands, gloves, headgear, namely, hats and caps, footwear, beach shoes, ski boots or boots for sports, rain boots, wooden shoes, shoes, slippers, Entertainment services, in the nature of music, fashion, film, namely, production of music concerts, fashion parades and shows, film festivals; leisure services, namely, providing facilities for sports practice, athletic tournaments and beach recreation activities; organization of shows, namely, arranging and conducting of special events for social entertainment purposes, namely, special event and party planning; discotheque services, organization of parties, namely, entertainment services in the nature of conducting parties; arranging and conducting concerts and live music concerts; artist production services, namely, music production services; gaming room, namely, amusement arcades; playroom, namely, gymnasiums; cultural and sporting activities, namely, organizing community sporting and cultural events; film production; entertainment, namely, production of television shows; discotheque services, providing online computer games, and U.S. Reg.

4353592 issued June 18, 2013 for use in connection with arranging and conducting nightclub entertainment events; arranging and conducting nightclub parties; arranging and conducting special events for social entertainment purposes; arranging, organizing, conducting, and hosting social entertainment events; entertainment services, namely, conducting parties, both of which remain in full force and effect. Copies of these certificates of registration are also attached as Exhibit B.

9. On August 1, 2011, Mr. Massa on behalf of 1906 Collins and Bâoli, a predecessor in interest to Peace United, entered into a certain Trademark License Agreement (hereinafter referred to as "The Agreement") authorizing 1906 Collins to use exclusively within the city of Miami, Florida the mark in connection with all of the services covered by United States Trademark Registration No. 3661083 specifically entertainment in the nature of music, fashion, film, namely, production of music concerts, fashion parades and shows, film festivals; leisure services; namely, providing facilities for sports practice, athletic tournaments and beach recreation activities; organization of shows and parties, namely, special event and party planning; discotheque services, arranging and conducting of concerts, performance artist services, namely, entertainment in the nature of ballet and dance performances; providing amusement arcade services, organizing community sporting and cultural events, film production, television show production; and providing food and drink, bar services, catering services, hiring of rooms, namely, rental of rooms; hotel services, accommodation services, namely, providing temporary accommodation; online information with respect to such services from a computer database or from the Internet, namely, providing personalized information about hotels, temporary accommodations for travel and restaurants via the Internet (hereinafter "The Services"). Such Agreement, which acknowledged that all use of The Marks inured to the benefit of Peace United,

required that 1906 Collins provide quarterly calendar accountings of sales made by the facility and timely pay royalties at a predetermined rate. A copy of this Agreement is attached hereto as Exhibit C.

10. In 2011, 1906 Collins, under the direction and control of Mr. Massa, commenced business operations under The Marks in Miami Beach, Florida. The Marks are displayed prominently on the exterior of the facility as well as inside the premises, including but not limited to signage, menus, lighting, artwork, and incidental mementos. Photographs of such uses from 1906 Collins premises are attached hereto as Exhibit D.

11. From 2011 until 2016, 1906 Collins duly submitted to Peace United the quarterly accountings required by The Agreement.

12. Since December 14, 2015, with The Agreement in full force and effect, 1906 Collins, under the direction and control of Mr. Massa, has not submitted provided Peace United royalty payments due and owing under The Agreement. No accounting statements as required under The Agreement have been submitted since January 14, 2016.

13. By way of demand letters dated August 31, 2016, February 15, 2017 and March 14, 2017, copies of which are attached as Exhibit E, Peace United notified 1906 Collins that it was in breach of the terms of The Agreement and demanded that such breach be cured by providing Peace United with outstanding accounting reports and royalties.

14. Defendant did not respond to the notification and has failed to submit the requested accounting statements and back royalties to date.

15. On February 15, 2017, Peace United sent Defendants a letter formally terminating The Agreement effective March 20, 2017 for breach of contract in its failure to abide by its terms. A copy of such letter is attached hereto as Exhibit F. Such letter was hand delivered at

1906 Collins' registered address but Mr. Massa did not personally acknowledge receipt, which could make the delivery of the letter ineffective under French law, which governs the Agreement.

16. On March 14, 2017, Peace United sent Defendant the same February 15, 2017 letter by means of another delivery service. Mr. Massa acknowledged receipt of the letter on March 28, 2017. A copy of Mr. Massa's signature on the delivery confirmation is attached hereto as Exhibit G.

17. Defendant has not responded to said termination letter and has continued to use The Marks in connection with its business to date. Screen shots from Defendants' proprietary website reflecting such use, which were captured on May 1, 2017, are attached hereto as Exhibit H.

18. Defendant's use of The Marks for The Services is certain to engender confusion as to source as up until April 28, 2017, the effective termination date, such Services were rendered under the direction and control of Peace United, the owner of The Marks, pursuant to The Agreement and the current use being made of The Marks by Defendants is identical to that made while Defendants were a party to The Agreement and The Marks continue to be used by Peace United in France.

19. Peace United has expended significant resources promoting and marketing its goods and services under The Marks. As a result of Peace United's extensive use of The Marks to distinguish its goods and services, The Marks have become widely known and the subject of considerable publicity.

20. The respective services offered by Peace United under The Marks and those offered by Defendant under The Marks are identical and target the same classes of customers.

## COUNT I –TRADEMARK INFRINGEMENT OF FEDERALLY REGISTERED MARKS

21. Peace United, hereby incorporates and re-alleges paragraphs 1 through 20 as if fully set forth herein.

22. Peace United is the owner of a federal trademark registration directed to "BÂOLI" in the United States Patent and Trademark Office, which is subsisting.

23. 1906 Collins' use of The Marks is likely to cause confusion, mistake and deception among consumers, the public and the trade as to whether 1906 Collins' services are affiliated with, sponsored by, or endorsed by Peace United.

24. Confusion of source or sponsorship of 1906 Collins' use of The Marks is inevitable based on the fact that from its inception 1906 Collins' use of such marks in connection with The Services was pursuant to a license agreement authorizing use of said marks under the direction and control of Peace United. At all times relevant to these proceedings, 1906 Collins was aware of Peace United's rights in The Marks and the US applications and registrations directed thereto.

25. 1906 Collins' actions, as set forth above, constitute infringement of Peace United's trademark registration in violation of the Lanham Act, 15 U.S.C. §1114(1).

26. 1906 Collins has acted with actual or constructive knowledge of Peace United's rights in The Marks and registrations and, upon information and belief, with deliberate intention to confuse consumers.

27. As a result of its unauthorized use of The Marks, 1906 Collins has made and will continue to mark profits and/or gains to which it is not entitled.

28. By reason of the foregoing, Peace United has been and will continue to be irreparably harmed and damaged. Peace United's remedies at law are inadequate to compensate for such harm and damage.

**COUNT II–FALSE DESIGNATION OR ORIGIN / FEDERAL UNFAIR COMPETITION**

29. Peace United hereby incorporates and re-alleges paragraph 1 through 20 as if fully set forth herein.

30. Peace United had secured rights in "BÂOLI", "BÂOLI and Design" in the United States prior to any use of the same by 1906 Collins in the United States.

31. On January 8, 2015, 1906 Collins filed an application to register the mark "BÂOLI" in the United States Patent and Trademark Office for use in connection with Restaurant services; Arranging and conducting nightclub entertainment events; Arranging and conducting nightclub parties; Arranging and conducting special events for social entertainment purposes; Arranging, organizing, conducting, and hosting social entertainment events; Entertainment services, namely, conducting parties, claiming use since at least as early as July 31, 2011. Such application, which asserted that no other person had the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive, was signed by Mr. Massa.

32. At all times relevant to these proceedings, all use of the marks "BÂOLI", "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" for The Services by 1906 Collins has inured to the benefit of Peace United by reason of The Agreement. 1906 Collins has no rights in The Marks.

33. 1906 Collins' continued use of The Marks without authorization and without submitting to Peace United's direction and control constitutes unfair competition in violation of 15 U.S.C. § 1025(a).

34. 1906 Collins' offering of The Services under The Marks is likely to cause confusion, mistake, and deception among the relevant public.

35. 1906 Collins' willful and wrongful conduct has proximately caused and will continue to cause Peace United substantial injury to its reputation and goodwill and diminution of the value of its business. The harm this wrongful conduct will cause Peace United is both imminent and irreparable. The amount of damage sustained by Peace United has not yet been determined.

**COUNT III – FEDERAL TRADEMARK DILUTION**

36. Peace United hereby incorporates and re-alleges paragraphs 1 through 20 as if fully set forth herein.

37. The use of the marks "BÂOLI", "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" in the United States has been the subject of considerable publicity and promotion, and as result such marks have become widely known and recognized by the general consuming public of the United States.

38. The marks "BÂOLI", "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" were famous and garnered recognition prior to any unauthorized use of such marks by 1906 Collins.

39. With full knowledge of the renown of the marks "BÂOLI", "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" and capitalizing on such renown to promote its business, 1906 Collins has used and continues to use the marks "BÂOLI", "BÂOLI and Design"

and "MY BOYFRIEND IS OUT OF TOWN" in commerce in connection with the advertisement, sale and promotion of The Services.

40. 1906 Collins' actions as described herein have caused and continue to cause irreparable injury to, and a likelihood of dilution of the distinctive quality of, the famous "BÂOLI", "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" marks in violation of Peace United's rights under 15 U.S.C. §1125(c) and common law.

41. 1906 Collins' wrongful use of Peace United's famous trademarks is likely to impair the distinctive nature of those marks and to tarnish the reputation built with said marks.

42. As a direct and proximate result of 1906 Collins' conduct, Peace United has suffered irreparable harm to the valuable "BÂOLI", "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" marks, and other damages in an amount to be proved at trial. Unless 1906 Collins is enjoined, the valuable "BÂOLI", "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" marks will continue to be irreparably harmed and are likely to be diluted.

**COUNT IV – VIOLATION OF FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT, CHAPTER 501, PART II, FLORIDA STATUTES**

43. Peace United hereby incorporates and re-alleges paragraphs 1 through 20 as if fully set forth herein.

44. Section 501.204(1), Florida Statutes (2016), states "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of trade or commerce are hereby declared unlawful."

45. 1906 Collins has infringed The Marks in violation of its trademark rights.

46. By filing an application to register the mark "BÂOLI" in the United States and claiming that no other person had the right to use such mark in commerce, which 1906 Collins

knew was false based on its being party to the ongoing Agreement, 1906 Collins has demonstrated a deliberate intention to trade on the goodwill of The Marks to further its own interests.

47. 1906 Collins' deliberate use of The Marks without authorization or oversight of Peace United in connection with The Services of the precise type offered by Peace United is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, sponsorship or association of 1906 Collins with Peace United, or as to the origin, sponsorship or approval of 1906 Collins' services.

48. 1906 Collins' deliberate conduct is likely to result in consumers purchasing 1906 Collins' services in the mistaken belief that the same originate with or are offered under the auspices of Peace United.

49. Such actions constitute unfair competition under Florida common law and have caused, and will continue to cause Peace United to sustain damage.

50. 1906 Collins have willfully engaged in the acts and practices when they knew or should have known that such acts and practices were unfair or deceptive or otherwise prohibited by law.

51. By reason of the foregoing, Peace United has been and will continue to be irreparably harmed and damages. Peace United's remedies at law are inadequate to compensate for such harm and damage.

## COUNT V – TRADEMARK DILUTION UNDER SECTION 495.151, FLORIDA STATUTES

52. Peace United hereby incorporates and re-alleges paragraphs 1 through 20 as if fully set forth herein.

53. The Marks are famous within the State of Florida.

54. The Marks have been the subject of substantial advertising and promotional expenditure and have garnered substantial publicity.

55. Numerous celebrities have appeared at the premises operated under The Marks for the purposes of attracting media attention.

56. The Marks have been used in the State of Florida by 1906 Collins on behalf of Peace United for more than 6 years.

57. The Marks are inherently distinctive and have also acquired significant distinction and goodwill in the State of Florida by means of use and advertisement of The Marks and associated services throughout the State since at least 2011.

58. Unless 1906 Collins is enjoined, the value of The Marks will continue to be irreparably harmed and are likely to be diluted in the State of Florida.

## **PRAYER FOR RELIEF**

WHEREFORE, Peace United prays for relief as follows:

A. That this Court hold that 1906 Collins has infringed Peace United's trademarks "BÂOLI", "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" marks;

B. That this Court adjudge that 1906 Collins has unfairly competed with Peace United under 15 U.S.C. §1125(a) by the use of the identical "BÂOLI", "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" marks without authorization;

C. That this Court adjudge that Peace United is the owner of famous marks that are being diluted under 15 U.S.C. §1125(c);

D. That the Court adjudge that one or more of The Marks is famous in the State of Florida and that the famous mark(s) are being diluted under Florida State Law;

E. That this Court hold that there is a substantial likelihood that 1906 Collins will continue such unlawful activities unless immediately and permanently enjoined from doing so;

F. That this Court grant a preliminary and permanent injunction enjoining 1906 Collins and Mr. Massa and its' agents, servants, employees, attorneys, and those persons in active concert or participation with them, or any of them, from infringement of The Marks, and from engaging in unfair trade practices, including enjoining all use of The Marks, or any other colorable imitation of Peace United's Trademarks, whether as a mark, metatag, keyword, name, or domain name, or component of a mark, metatag, keyword, name or domain name, or in any other manner likely to cause confusion with Peace United's "BÂOLI" and "BÂOLI and Design" and "MY BOYFRIEND IS OUT OF TOWN" marks;

G. That this Court order 1906 Collins to surrender immediately for destruction all products and packaging that depict the infringing marks, and other materials constituting infringement of Peace United's, in 1906 Collins' possession, custody or control pursuant to 15 U.S.C. § 1118;

H. That all damages sustained by Peace United by trebled and that 1906 Collins be compelled to pay damages pursuant to 15 U.S.C. § 1117(a); and

I. That Peace United has such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38, Plaintiff, Peace United, hereby demands a trial by jury on all issues so triable.

Date: May 19, 2017

Respectfully submitted,

/s/ Crystal B. Carswell
Gustavo J. Membiela
Florida Bar No. 0513555
Crystal Carswell
Florida Bar No. 108882
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810 2500
Facsimile: (305) 810 2460
Email: gmembiela@hunton.com
Email: ccarswell@hunton.com

Of Counsel:

Laura A. Genovese
Maureen C. Kassner
K & G Law LLC
602 S. Bethlehem Pike, Bldg. B
Ambler, PA 19002
(267) 468-7140

*Attorneys for plaintiff*