UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 17-21881-CIV-MARTINEZ-BECERRA**

PEACE UNITED, LTD.,

    Plaintiff,

vs.

1906 COLLINS, LLC and
MATHIEU MASSA,

    Defendants,

_____/

**ORDER STRIKING JOINT STIPULATIONS OF DISMISSAL**

**THIS CAUSE** is before the Court *sua sponte*. The parties stipulated to the dismissal of Counts III, IV, and V of the Second Amended Complaint ("Stipulations"). (ECF Nos. 77 & 90).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The Eleventh Circuit has held that a stipulation of dismissal is invalid where it seeks to dismiss some claims, but not the entire action. *See Perry v. Schumacher Grp. Of La.*, 891 F.3d 954, 957–58 (11th Cir. 2018). Therefore, the Stipulations filed in this case are procedurally improper and must be stricken. Plaintiff shall file a Third Amended Complaint that deletes Counts III, IV, and V. For purposes of efficiency, however, the parties **shall not** re-file their pending motions for summary judgment. The Court will construe the motions in relation to the forthcoming Third Amended Complaint. For the foregoing reasons, it is hereby

**ORDERED AND ADJUDGED** that

1. The Stipulations, (ECF Nos. 77 & 90), are **STRICKEN**. The Orders dismissing Counts

III, IV, and V, (ECF Nos. 78 & 91), are **VACATED**.

2. Plaintiff shall file a Third Amended Complaint in compliance with this Order **on or before June 20, 2022**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of June 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record