UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-21881-CIV-MARTINEZ-BECERRA

PEACE UNITED, LTD.,

    Plaintiff,

vs.

1906 COLLINS, LLC and MATHIEU MASSA,

    Defendants,
_____/

**ORDER**

**THIS MATTER** comes before the Court on Plaintiff's Motion to Strike New and Improper Counterclaim and Affirmative Defenses or for Clarification or Reconsideration ("Motion to Strike"). (ECF No. 361).

About a month ago, the Court entered an order striking the parties' stipulations to the dismissal of certain counts in the Second Amended Complaint. (ECF No. 335). The Court ordered Plaintiff to file a Third Amended Complaint deleting the counts that the parties agreed to dismiss. (*See id.*). The purpose of that Order was to ensure a clean record and prevent any jurisdictional issues on appeal, *not* give the Defendants an opportunity to amend their answer to add affirmative defenses and a counterclaim on the eve of trial. Not only were Defendants never granted leave to file such an amendment, the Court already denied Defendants leave to do so. (*See* ECF No. 243).

1

It is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike, (ECF No. 361), is **GRANTED**. The Court **STRIKES** Affirmative Defense Numbers 4, 5, and 6. The Court also **STRIKES** Defendants' Counterclaim.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of July, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record