UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-21881-CIV-MARTINEZ

PEACE UNITED, LTD.,

    Plaintiff,

v.

1906 COLLINS, LLC and MATHIEU MASSA,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

Before the Court is Defendants' Motion for Yafeez S. Fatabhoy of the law firm Dickinson Wright, PLLC to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. (ECF No. 359). After careful consideration, it is **ORDERED AND ADJUDGED** that

The Motion to Appear *Pro Hac Vice*, (ECF No. 359), is **GRANTED**. Designated local counsel, Alan Perlman, of the law firm Dickinson Wright, PLLC, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email addresses to the docket, yfatabhoy@dickinsonwright.com, to ensure counsel admitted *pro hac vice* receive all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of July, 2022.

                                                                                                     _____
                                                                                                     JOSE E. MARTINEZ
                                                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record