UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-21881-CIV-MARTINEZ-BECERRA

PEACE UNITED, LTD.,

    Plaintiff,

vs.

1906 COLLINS, LLC and MATHIEU MASSA,

    Defendants,
_____/

## ORDER

**THIS MATTER** comes before the Court on Defendants' Unopposed Motion to Designate Exhibits Numerically. (ECF No. 358). Defendants move for leave to designate their exhibits numerically, stating that both sides anticipate having over 300 exhibits at trial. (*Id.* ¶ 3). Defendants request for Plaintiff's exhibits to start at "1," and Defendants' exhibits to start at "1000." After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Designate Exhibits Numerically, (ECF No. 358), is **GRANTED**. The parties may designate their exhibits numerically and **SHALL** ensure that their exhibit numbering does not overlap.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record