UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-21881-CIV-MARTINEZ

PEACE UNITED, LTD.,

    Plaintiff,

v.

1906 COLLINS, LLC and MATHIEU MASSA,

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Permission to Bring Electronic Equipment into the Courtroom, (ECF No. 365), and Defendants' Amended Motion for Permission to Bring Electronic Equipment into the Courtroom, (ECF No. 380).

It is hereby **ORDERED AND ADJUDGED** that:

1. Defendants' Amended Motion for Permission to Bring Electronic Equipment into the Courtroom, (ECF No. 380), is **GRANTED as stated herein**. The following individual is allowed to bring the below-listed items with her into the Courthouse for the duration of the trial scheduled to begin on Monday, July 25, 2022:

    a. **Lynn Hess** (Paralegal): one (1) laptop computer; one (1) mouse; one (1) keyboard; one (1) printer; cables and chargers for those devices.

2. Plaintiff's Motion to Bring Electronic Equipment into the Courtroom, (ECF No. 365), is **GRANTED as stated herein**. The following individuals are allowed to bring the below-listed items with them into the Courthouse for the duration of the trial scheduled to begin on Monday, July 25, 2022:

    a. **Lina Cohen** (Paralegal): one (1) laptop computer; one (1) mouse; one (1) keyboard; one (1) Smartphone device; cables and chargers for those devices.

    b. **Alejandra Pacheco** (Paralegal): one (1) laptop computer; one (1) mouse; one (1) keyboard; one (1) Smartphone device; cables and chargers for those devices.

  c. **Eva G. Fireman** (Interpreter): one (1) laptop computer; one (1) mouse; one (1) keyboard; one (1) Smartphone device; cables and chargers for those devices.[1]

  d. **Rochelle Hamman** (Summer Associate): one (1) Smartphone device; one (1) charging cable for the Smartphone.

  e. **Samuel Kramer** (Summer Associate): one (1) Smartphone device; one (1) charging cable for the Smartphone.

**DONE AND ORDERED** in Chambers at Miami, Florida this ⟨2⟩ day of July, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record

---

[1] Ms. Fireman must use the interpreter equipment available in the Courtroom. Ms. Fireman is highly encouraged to test all electronic equipment prior to trial.