UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-21881-CIV-MARTINEZ

PEACE UNITED, LTD.,

    Plaintiff,

v.

1906 COLLINS, LLC and MATHIEU MASSA,

    Defendants.
_____/

## ORDER OVERRULING OBJECTIONS

**THIS MATTER** comes before the Court on Defendant's Notice of Filing Objection. (ECF No. 396). The Court has approved the use of interpreters Mses. Isabelle Olesen and Nathalie Coupet for the trial in this case beginning July 25, 2022. Defendants object to the interpreters because (1) Ms. Coupet is not a Professionally Qualified interpreter; (2) any errors in interpretation will go unnoticed by counsel, who are not fluent in French; and (3) the use of the interpreters during private meetings with counsel will create a conflict of interest.

After careful consideration, the Court **OVERRULES** Defendants' objections. Having conferred with the Interpreter Section of the Court and after reviewing the interpreters' credentials, the Court finds Mses. Olesen and Coupet qualified to serve as interpreters at the trial in this case. In addition, the Court does not find any real or perceive conflict of interest nor is there a concern about errors in translation that would preclude Defendants from making an appropriate objection.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22 day of July, 2022.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra & All counsel of record