UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-21881-CIV-MARTINEZ

PEACE UNITED, LTD.,

    Plaintiff,

v.

1906 COLLINS, LLC and MATHIEU MASSA,

    Defendants.
_____/

**ORDER ON PLAINTIFF'S AMENDED MOTION ON ELECTRONIC EQUIPMENT**

**THIS MATTER** comes before the Court upon Plaintiff's Amended Motion for Permission to Bring Electronic Equipment into the Courtroom ("Amended Motion"). (ECF No. 398).

It is hereby **ORDERED AND ADJUDGED** that Plaintiff's Amended Motion, (ECF No. 398), is **GRANTED IN PART AND DENIED IN PART as stated herein.** The following individuals are allowed to bring the below-listed items with them into the Courthouse for the duration of the trial scheduled to begin on Monday, July 25, 2022:

    a. **Lina Cohen** (Paralegal): one (1) laptop computer; one (1) mouse; one (1) keyboard; one (1) Smartphone device; cables and chargers for those devices.

    b. **Alejandra Pacheco** (Paralegal): one (1) laptop computer; one (1) mouse; one (1) keyboard; one (1) Smartphone device; cables and chargers for those devices.

    c. **Isabelle Olesen** (Interpreter): one (1) laptop computer; one (1) mouse; one (1) keyboard; one (1) Smartphone device; cables and chargers for those devices.[1]

    d. **Nathalie Coupe** (Interpreter): one (1) laptop computer; one (1) mouse; one (1) keyboard; one (1) Smartphone device; cables and chargers for those devices.

    e. **Rochelle Hamman** (Summer Associate): one (1) Smartphone device; one (1)

---

[1] The interpreters must use the equipment available in the Courtroom.

      charging cable for the Smartphone.

    f. **Samuel Kramer** (Summer Associate): one (1) Smartphone device; one (1) charging cable for the Smartphone.

    g. **Maxence Sauget** (Summer Intern): one (1) Smartphone device; one (1) charging cable for the Smartphone.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22 day of July, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All counsel of record